**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6850**

_____

JAMES E. TERRY,

                                   Plaintiff - Appellant,

        and

ALLEN MAYO,

                                   Plaintiff,

        versus

C. E. DAVIS, Warden; RONALD ANGELONE, Director,

                                   Defendants - Appellees,

        and

MRS. EARLY, Counselor,

                                   Defendant.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-95-374)

_____

Submitted:  August 22, 1996        Decided:  September 5, 1996

_____

Before HALL, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James E. Terry, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on Appellant's 42 U.S.C. § 1983 (1988) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Terry v. Davis</u>, No. CA-95-374 (E.D. Va. May 2, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties under 28 U.S.C.A. § 636(c)(1) (West 1993).